1 | DANIEL BRODERICK, Bar #89424
  | Federal Defender
2 | Lexi Negin, Bar #250376
  | Assistant Federal Defender
3 | 801 I Street, 3rd Floor
  | Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO MORENO-NANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-11-289 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS HEARING, SET MOTION SCHEDULE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ANTONIO MORENO-NANEZ FERNANDO MORENO-CAMACHO, | ) |
| Defendants. | |

This case is currently scheduled for a status hearing on September 12, 2011. The parties agree that additional time is needed for defense preparation and for the drafting of motions to suppress. In addition, the parties have agreed to a briefing schedule for defense counsel to file a Motion to Suppress Evidence as follows:

| | |
|---|---|
| Defendant's Motion due: | September 19, 2011 |
| Government Opposition due: | October 3, 2011 |
| Defendant Reply due: | October 11, 2011 |
| Non-evidentiary hearing/status: | October 17, 2011 |

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case be continued until October 17, 2011. In addition, the parties stipulate that the time period from August 31, 2011, to October 17, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable

1

time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 31, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for | /s/ Lexi Negin |
| TODD PICKLES | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Antonio Moreno-Nanez |

SCOTT N. CAMERON

 /s/Lexi Negin for
Scott N. Cameron
Attorney for Fernando Moreno-Camacho

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO MORENO-NANEZ<br>FERNANDO MORENO-CAMACHO,<br><br>　　　　　　Defendants. | CASE NO. CR-S-11-289 WBS<br><br>PROPOSED ORDER CONTINUING STATUS HEARING, EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT, AND SETTING MOTION SCHEDULE |

For the reasons set forth in the stipulation of the parties, filed on August 31, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for September 12, 2011, be vacated and that the case be set for Monday, October 17th, at 8:30 a.m. IT IS FURTHER, ORDERED that the following briefing schedule is set:

　　　Defendant's Motion due:　　　　September 19, 2011

　　　Government Opposition due:　　October 3, 2011

　　　Defendant Reply due:　　　　　October 11, 2011

　　　Non-evidentiary hearing/status:　October 17, 2011

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 31, 2011 stipulation, the time under the Speedy Trial Act is excluded from August 31, 2011, through October 17, 2011, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 31, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE