BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (telephone)
(916) 554-2900 (facsimile)

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO MORENO-NANEZ, and FERNANDO MORENO-CAMACHO, <br><br> Defendants. | ) CASE NO. 2:11-CR-00289 WBS <br> ) <br> ) **UNITED STATES OF AMERICA'S REQUEST** <br> ) **TO FILE SUR-REPLY REGARDING** <br> ) **DEFENDANTS' REQUEST FOR** <br> ) **EVIDENTIARY HEARING AND [PROPOSED]** <br> ) **ORDER** <br> ) <br> ) Date:   October 17, 2011 <br> ) Time:   9:30 a.m. <br> ) Place:  Courtroom 5, 14th Floor <br> ) Judge:  Hon. William B. Shubb <br> ) |

**REQUEST FOR LEAVE OF COURT TO FILE SUR-REPLY**

The United States hereby requests leave of Court to file a sur-reply regarding the need for an evidentiary hearing on Defendants' Motions to Suppress [Docket Entries 16-17].  Defendant Antonio Moreno-Nanez did not request such a hearing in his moving papers and defendant Fernando Moreno-Camacho included only two conclusory sentences regarding an evidentiary hearing.  In contrast, Defendants' Joint Reply is almost entirely focused on the need for such a hearing. Accordingly, the United States requests leave to file a sur-reply responding to Defendants'            arguments that an evidentiary

1

USA's Request to File Sur-Reply

1  hearing is warranted.  The United States further reserves the right to
2  make further arguments at the hearing on October 17, 2011, as
3  permitted by the Court.

4                                        Respectfully submitted,

5  DATED: October 13, 2011               BENJAMIN B. WAGNER
                                         United States Attorney
6
                                          /s/ Todd A. Pickles
7                                        TODD A. PICKLES
                                         Assistant United States Attorney
8

9                                  **ORDER**

10      This matter came before the Court on the United States's Request
11  for Leave to File Sur-Reply.  For the reasons stated in the United
12  States's Request, and good cause showing, the Court GRANTS the United
13  States leave to file its Sur-Reply.

14      IT IS SO ORDERED.

15

16  DATED: October 13, 2011

17                                  WILLIAM B. SHUBB
18                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2
USA's Request to File Sur-Reply