```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   FERNANDO MORENO-CAMACHO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 11-CR-00289-02 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~] ORDER FOR PRE-PLEA CRIMINAL HISTORY EVALUATION** |
| v. | ) |
| FERNANDO MORENO-CAMACHO, | ) |
| Defendant. | ) |

<u>Stipulation</u>

The government and defendant MORENO-CAMACHO, through undersigned counsel, stipulate that it would be appropriate for the United States Probation Office to prepare a criminal history evaluation, and determine the criminal history category, of defendant MORENO-CAMACHO prior to a change of plea. As such, the parties request that this Court make such an order. The "rap" sheet for MORENO-CAMACHO is ambiguous and the criminal history for MORENO-CAMACHO cannot be determined with sufficient confidence to adequately advise MORENO-CAMACHO of the consequences of a change of plea. Moreover, an accurate calculation of the defendant's criminal history category would significantly aid in the settlement of this matter.

The assigned Assistant United States Attorney has authorized the defense counsel for MORENO-CAMACHO to sign this stipulation on his behalf.

DATED: April 9, 2012      BENJAMIN WAGNER
United States Attorney

by    /s/ Scott N. Cameron, for
Todd Pickles
Assistant U.S. Attorney

DATED: April 9, 2012

by    /s/ Scott N. Cameron
Scott N. Cameron
Counsel for
Fernando Moreno-Camacho

## Order

For the reasons stated in the above stipulation of counsel, the United States Probation Department is ordered to conduct a criminal history evaluation, and to determine the criminal history category, of defendant FERNANDO MORENO-CAMACHO.

DATED: April 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE