```
1  SCOTT N. CAMERON (SBN: 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   FERNANDO MORENO-CAMACHO
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00289 WBS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE JUDGMENT AND SENTENCING OF FERNANDO MORENO-CAMACHO** |
| v. | |
| FERNANDO MORENO-CAMACHO, | |
| Defendant. | |

### Stipulation

The parties, through undersigned counsel, stipulate that the judgment and sentencing of defendant FERNANDO MORENO-CAMACHO, currently scheduled for September 17, 2012, may be continued to October 9, 2012, at 9:30 a.m., and the schedule for objections may be modified as set forth below.

The publication of final presentence report to the parties was delayed and defense counsel needs the additional time requested to prepare the formal objections. In addition, there appears to be a clerical error in the final presentence report, that once clarified, may eliminate the need for objections and litigation. The assigned Probation Officer is out of the office until September 10, 2012. Thus, the additional time is also requested so that defense counsel

1

can confer with the Probation Officer to determine if there exists a clerical error, thus eliminating the need for objections.

Furthermore, the parties stipulate to the following schedule of disclosure/briefing schedule:

| | |
|---|---|
| Proposed PSR Disclosed to Counsel: | Completed |
| Counsel's Written Objections to Probation: | Completed |
| Pre-Sentence Report Filed with the Court: | Completed |
| Motion for Correction to PSR: | September 24, 2012 |
| Reply or Statement of Non-Opposition: | October 1, 2012 |

The government has authorized the defense counsel for FERNANDO MORENO-CAMACHO to sign this stipulation on his behalf.

DATED: September 4, 2012            BENJAMIN WAGNER
                                    United States Attorney

                            by   /s/ Scott N. Cameron, for
                                 Todd Pickles
                                 Assistant U.S. Attorney

DATED: September 4, 2012
                            by   /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for:
                                 Fernando Moreno-Camacho

## Order

Good cause appearing,

The date for judgment and sentencing of defendant FERNANDO MORENO-CAMACHO, presently scheduled for September 17, 2012, is continued to October 9, 2012, at 9:30 a.m. The Court also orders the briefing schedule as set forth in the above stipulation.

IT IS SO ORDERED.

DATED: September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE