UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FERNANDO MORENO-CAMACHO,<br><br>        Defendant. | CR. NO. 2:11-00289-02 WBS<br><br>ORDER |

----oo0oo----

On April 17, 2015, defendant Fernando Moreno-Camacho filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 62.) The United States shall file an opposition to defendant's motion no later than August 15, 2016. Defendant may file a reply no later than August 30, 2016. The court will then take the motion under submission and will inform the parties if

1

oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: July 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE